# CIVIL MINUTES - GENERAL

| Case No. | CV 17-05748-GW (KSx) | Date | November 15, 2017 |
|---|---|---|---|
| Title | United States of America v. Remi E. Dickerson | | |

| Present: The Honorable | GEORGE H. WU, UNITED STATES DISTRICT JUDGE | |
|---|---|---|
| Charles A. Rojas | None Present | |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |
| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: | |
| None Present | None Present | |

**PROCEEDINGS:** **NOTICE OF DISMISSAL BY CLERK FOR LACK OF PROSECUTION**

On 10/31/2017, an Order to Show Cause for Lack of Prosecution [8] was issued for the following reason: Failure to comply with FRCP 4(m), requiring plaintiff(s) to serve the summons and complaint upon all defendants within 90 days after filing the complaint.

Plaintiff was given until 11/14/2017 to respond and no response or objection has been filed. Plaintiff is hereby notified that this action is dismissed without prejudice.

: 

Initials of Preparer   CR